| | |
|---|---|
| 1 | Sean Reis (SBN 184044)<br>sreis@edelson.com<br>Edelson McGuire, LLP<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, California 92688<br>Tel: (949) 459-2124<br>Fax: (949) 459-2123 |
| 2 | |
| 3 | |
| 4 | |
| 5 | *Attorneys for Plaintiff Elaine Harris* |
| 6 | Daniel S. Silverman (SBN 137864)<br>dssilverman@venable.com<br>Venable LLP<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA  90067<br>Telephone:   (310) 229-9900<br>Facsimile:   (310) 229-9901 |
| 7 | |
| 8 | |
| 9 | |
| 10 | Ari N. Rothman (*pro hac vice*)<br>arothman@venable.com<br>Venable LLP<br>575 7th Street, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 344-4000<br>Fax: (202) 344-8300 |
| 11 | |
| 12 | |
| 13 | |
| 14 | *Attorneys for Defendant Starline Communications International, Inc.* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE HARRIS, individually and on behalf of a class of similarly situated individuals,<br><br>                            Plaintiff,<br>v.<br><br>STARLINE COMMUNICATIONS INTERNATIONAL, INC.,<br><br>                            Defendant. | CASE NO. CV12-00778-PA (AGRx)<br><br>Hon. Percy Anderson<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO ANY PUTATIVE CLASS CLAIMS** |

**Joint Stipulation of Dismissal**                                    Case No. Cv-12-00778-PA (AGRx)

**IT IS HEREBY STIPULATED** by and between plaintiff Elaine Harris ("Plaintiff") and Defendant Starline Communications International, Inc., through their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this entire action shall be, and is, dismissed WITH PREJUDICE as to all claims asserted by Plaintiff against Defendant on an individual basis, and WITHOUT PREJUDICE as to the claims, if any, of putative class members.

**IT IS SO STIPULATED.**

Dated:  September 6, 2012     ELAINE HARRIS, individually and on behalf of a class of similarly situated individuals

By: _____/s/ Sean P. Reis_____
         SEAN P. REIS

*Attorneys for Plaintiff*

Dated:  September 6, 2012     STARLINE COMMUNICATIONS INTERNATIONAL, INC.

By: _____/s/ Ari N. Rothman_____
         ARI N. ROTHMAN

*Attorneys for Defendant Starline Communications International, Inc.*

# **CERIFICATE OF SERVICE**

I, Sean Reis, certify that on September 6, 2012, I electronically filed the foregoing *Joint Stipulation for Dismissal With Prejudice as to Plaintiff's Individual Claims and Without Prejudice as to any Putative Class Claims* and the *[Proposed] Order Granting Joint Stipulation for Dismissal With Prejudice as to Plaintiff's Individual Claims and Without Prejudice as to any Putative Class Claims* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Sean P. Reis
Sean P. Reis