Sean Reis (SBN 184044)
sreis@edelson.com
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

*Attorneys for Plaintiff Elaine Harris*

Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Ari N. Rothman (*pro hac vice*)
arothman@venable.com
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
Tel: (202) 344-4000
Fax: (202) 344-8300

*Attorneys for Defendant Starline Communications International, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE HARRIS, individually and on behalf of a class of similarly situated individuals,<br><br>                                   Plaintiff,<br>v.<br><br>STARLINE COMMUNICATIONS INTERNATIONAL, INC.,<br><br>                                   Defendant. | CASE NO. CV12-00778-PA (AGRx)<br><br>Hon. Percy Anderson<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO ANY PUTATIVE CLASS CLAIMS**<br><br>JS-6 |

**[Proposed] Order Granting Stip. of Dismissal**                             Case No. Cv-12-00778-PA (AGRx)

1  The Court, having read and considered the Parties' *Joint Stipulation for Dismissal*
2  *with Prejudice as to Plaintiff's Claims and Without Prejudice as to any Putative Class*
3  *Claims*, hereby ORDERS that this matter is dismissed. Plaintiff's individual claims are
4  hereby dismissed with prejudice, and the claims of any putative class members are hereby
5  dismissed without prejudice.

7  **IT IS SO ORDERED.**

9  Dated: September 6, 2012

10  Hon. Percy Anderson
11  U.S. District Court Judge
    Central District of California